Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| BELNICK, LLC | |
|---|---|
| Plaintiff, | **SUMMONS** |
| v. | Court No. 23-00072 |
| UNITED STATES, Defendant. | |

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Savannah, Mobile, Memphis, LA/Long Beach | Center (if known): | Consumer Products & Mass Merchandising (CEE 008) |
|---|---|---|---|
| Protest Number: | See schedule at Form I-3 | Date Protest Filed: | See schedule at Form I-3 |
| Importer: | Belnick, LLC | Date Protest Denied: | See schedule at Form I-3 |
| Category of Merchandise: | seats, metal or wood frame | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See schedule Form I-3 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Mark K. Neville, Jr., Esq.
International Trade Counsellors
7061 Mill Run Circle
Naples, FL 34109 tel. 239-631-6875
mkneville@itctradelaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| seats, metal or wood frame | 9401.30, 9401.61, 9401.69, 9401.71, 9401.79, 9401.80 AND 9903.88.04 | Free<br><br>10% | 9401.61.4031 and 9903.88.46 (130) ; 9401.71.0031 and 9903.88.46 (133); 9401.79.0050 and 9903.88.46 (135). | Free<br><br>Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Liquidation with assessment of Section 301 tariffs

The issue which was common to all such denied protests:
Eligibility for exclusion from Section 301 tariffs

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

March 30, 2023
Date

Form I-3

## SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising (CEE 008)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 170320106967 | 6/10/2020 | 10/11/2022 | 93U00701228 | 1/23/2019 | 12/13/2019 | 1703 |
| 170320107106 | 6/12/2020 | 10/11/2022 | 93U00711490 | 2/14/2019 | 1/10/2020 | 1703 |
| 170320107109 | 5/12/2020 | 10/11/2022 | 93U00711490 | 2/14/2019 | 1/10/2020 | 1703 |
| 170320107247 | 6/16/2020 | 10/11/2022 | 93U00722984 | 3/18/2019 | 2/7/2020 | 1703 |
| 170320107722 | 6/23/2020 | 10/14/2022 | 93U00707456 | 2/5/2019 | 12/27/2019 | 1703 |
| 170320107862 | 6/25/2020 | 10/14/2022 | DE670051437 | 7/3/2019 | 5/29/2020 | 1703 |
| 170320108024 | 7/1/2020 | 10/14/2022 | 93U00768557 | 6/13/2019 | 5/8/2020 | 1703 |
| 170320108058 | 7/2/2020 | 10/14/2022 | 93U00737214 | 4/22/2019 | 3/13/2020 | 1703 |
| 170320108250 | 7/8/2020 | 10/14/2022 | 93U00711581 | 2/13/2019 | 1/10/2022 | 1703 |
| 170320108274 | 7/8/2020 | 10/14/2022 | 93U00735325 | 4/18/2019 | 3/13/2020 | 1703 |
| 170320108278 | 7/8/2020 | 10/14/2022 | 93U00738139 | 4/23/2019 | 3/13/2020 | 1703 |
| 170320108427 | 7/11/2020 | 10/14/2022 | 93U00738709 | 4/24/2019 | 3/13/2020 | 1703 |
| 170320108964 | 7/24/2020 | 10/16/2022 | FT920001532 | 8/3/2019 | 6/26/2020 | 1703 |
| 170320109088 | 7/29/2020 | 10/16/2022 | 93U00777269 | 7/5/2019 | 5/29/2020 | 1703 |
| 170320109100 | 7/29/2020 | 10/16/2022 | 93U00777335 | 7/7/2019 | 5/29/2020 | 1703 |
| 170320109122 | 7/29/2020 | 10/16/2022 | FT920001854 | 7/31/2019 | 6/26/2020 | 1703 |
| 170320109163 | 7/30/2020 | 10/16/2022 | FT920003330 | 8/21/2019 | 4/17/2020 | 1703 |
| 170320109232 | 7/31/2020 | 10/16/2022 | FT920010533 | 1/16/2020 | 5/1/2020 | 1703 |
| 190120100540 | 7/10/2020 | 10/14/2022 | 93U00730128 | 4/4/2019 | 2/28/2020 | 1901 |
| 200620104286 | 7/10/2020 | 10/14/2022 | 93U00724758 | 4/1/2019 | 2/14/2020 | 2006 |
| 200620104288 | 7/10/2020 | 10/14/2022 | 93U00748914 | 5/21/2019 | 4/10/2020 | 2006 |
| 270420136902 | 7/15/2020 | 10/15/2022 | DE670059224 | 8/13/2019 | 7/10/2020 | 2704 |