# UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| BELNICK, LLC | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES | : | Court No. 23-00072 |
| | : | |
| Defendant. | : | |
| _____ | : | |

## COMPLAINT

1. Plaintiff Belnick, LLC ("Belnick") brings this action seeking the review of decisions concerning the tariff classification under the Harmonized Tariff Schedule of the United States (HTSUS) and the eligibility for exclusion from the imposition of additional levies of Section 301 tariffs of certain wood frame seats and metal frame seats. This action is commenced to challenge the denial by United States Customs and Border Protection, pursuant to Section 1515 of the Tariff Act of 1930, codified at 19 U.S.C. §1515, of Plaintiff's protests (see Exhibit A) challenging the tariff classification and such exclusion claims on such imported merchandise.

## JURISDICTION

2. This Court has exclusive subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1581(a), plaintiff having exhausted all administrative remedies prior to commencement of this action.

3. All liquidated duties, taxes and charges were paid prior to the commencement of this action.

## PARTIES

4. Plaintiff Belnick, LLC is a limited liability company organized under the laws of Georgia. Headquartered in Canton, Georgia, it is an importer and wholesaler of wood frame seats and metal frame seats among other household furnishing articles.

1

5. Defendant, the United States, is the federal defendant. Its executive agency, United States Customs and Border Protection, is responsible, inter alia, for the processing and administrative disposition of protests filed pursuant to Section 514 of the Tariff Act of 1930, 19 U.S.C. § 1514, as amended, and has a statutory obligation, pursuant to 19 U.S.C. § 1515, to review protests and to allow or deny them in whole or in part.

## STANDING

6. Plaintiff Belnick, LLC is the importer of record of the imported merchandise that is the subject of this action and is the real party in interest.

## TIMELINESS

7. Plaintiff timely commenced this action by filing a summons on March 30, 2023, which was within the 180-day time period provided in 28 U.S.C. § 2636.

## STATEMENT OF FACTS

8. The subject merchandise consists of certain wood frame seats and certain metal frame seats. They are produced in various factories in China and are imported into the United States.

9. The subject merchandise is imported into the United States in finished condition, although a small percentage of the seats is disassembled at the time of entry.

10. Entry was made at the ports of Savannah, Mobile, Memphis and Los Angeles/Long Beach.

11. After liquidation of the subject entries, protests were timely filed. The protests were reviewed and ultimately denied by the Center of Excellence (CEE) for Consumer Products and Mass Merchandising (CEE 008).

12. The subject merchandise may be grouped broadly under one of three separate product types: Metal Frame (MF) upholstered seats, metal frame (MF) unupholstered seats, wood frame (WF) upholstered seats. Within each group, there are various "Families" of seats

comprised of various models of seats with shared characteristics and intended for similar use by the consumers. See Exhibit B for a full listing of each such Category/Family combination and the various Models contained within each such combination.

13. The normal duty rate associated with the subject merchandise by applying what may be referred to as the "Primary HTSUS" tariff number is Free.

14. Following an investigation, the United States imposed additional ad valorem tariffs on certain goods, including those imported by plaintiff, from the People's Republic of China pursuant to Section 301 of the Trade Act of 1974 (19 U.S.C. § 2411). This "List 3" Section 301 Tariff took effect on September 24, 2018 and was set at 10% ad valorem. The ad valorem tariff rate for List 3 was later increased to 25% ad valorem with effect from May 10, 2019.

15. The specific tariff number employed to identify the List 3 tariff was primarily 9903.88.04, HTSUS, although with some exceptions (those seats liquidated under 9401.30.8030, 9401.61.4031 or 9401.61.6011) noted below, the subject merchandise here was subjected to another List 3 tariff number, i.e., 9903.88.03. Each of these is often referred to as a "Secondary" tariff number in this Section 301 context.

16. As an element of the then-ongoing Section 301 proceeding, the United States Trade Representative ("USTR") published various exclusions from the levy of the subject Section 301 Tariffs. The text of the exclusion parameters is set forth as a basic eligibility tariff classification within a given 8-digit or 10-digit tariff number plus, as a general rule, certain other characteristics as to physical makeup, dimensions or intended use. The exclusions are assigned a separate unique identifying tariff number. To be clear, there are many hundreds of separate exclusions, again each with a unique identifying number, from the levy of the Section 301 China tariffs.

17. The subject merchandise is eligible for certain of the unique exclusions set out at 9903.88.46, HTSUS. More specificity is achieved by assigned parenthetical references to that tariff item.  Each of the imported seats at issue here qualifies for one of the following parentheticals: (130), (133) and (135).

18. To eliminate confusion and for ease of reference, plaintiff has employed the following three HTSUS/exclusion combination designations as described in these paragraphs 18 and 19:

**Category 1 [comprised of metal frame (MF) unupholstered seats]**

The two eligibility requirements are

A. Classification in Primary Tariff Number 9401.79.0050 which provides for "*Seats (other than those of heading 9402), whether or not convertible into beds, and parts thereof: Other seats, with metal frames: Other than upholstered: Other: Other than outdoor: Other than household*"

This may be summarized as metal frame seats, not upholstered, not for outdoor use, not for household use.

<u>and</u>

B.      Meeting the specific exclusion criteria of secondary tariff number 9903.88.46 (135):

(135) Seats with metal frames, not upholstered, not folding, suitable for stacking (described in statistical reporting number 9401.79.0050)

**Category 4 [comprised of Metal Frame (MF) upholstered seats]**

The two eligibility requirements are:

A. Classification in Primary Tariff Number 9401.71.0031 which provides for "*Seats (other than those of heading 9402), whether or not convertible into beds, and parts thereof: Other seats, with metal frames, upholstered, Other than household*"

This may be summarized as metal frame seats, upholstered, not for household use.

<u>and</u>

B. Meeting the specific exclusion criteria of secondary tariff number 9903.88.46 (133):

(133) Upholstered chairs with frames of iron or steel (described in statistical reporting number 9401.71.0031)

**Category 7 [comprised of wood frame (WF) upholstered seats]**

4

The two eligibility requirements are:

    A. Classification in Primary Tariff Number 9401.61.4031 which provides for "*Seats (other than those of heading 9402), whether or not convertible into beds, and parts thereof: Other seats, with wooden frames, upholstered, chairs, other than of teak, other than household*"

This may be summarized as chairs, of wooden frames other than of teak, upholstered, not for household use.

<u>and</u>

    B. Meeting the specific exclusion criteria of secondary tariff number 9903.88.46 (130): (130) Upholstered chairs with wooden frames, other than of teak, not for children or households (described in statistical reporting number 9401.61.4031)

19. As shown, the Categories are designated 1, 4 and 7. This corresponds to the analytical numbering assigned by plaintiff.  The missing Categories, e.g., 2, 3, 5, 6, refer to other Categories for which plaintiff has concluded that exclusions from the Section 301 China tariff are not warranted. For consistency and ease of reference, the numbering scheme of Categories 1, 4 and 7 has been retained. As will be noted below, the Family numbering scheme within each Category will show similar gaps that arise due to the same reason, i.e., plaintiff has concluded that some of the distinct Families are not eligible for the exclusions it seeks. Plaintiff has retained the original Family designations for the sake of continuity.

## COUNT 1

## EXCLUSION CATEGORY 1

20. Paragraphs 1-19 of this Complaint are incorporated by reference and restated as though they are fully set forth herein.

21. The various subject seats eligible for Exclusion Category 1 included within the following "Families" with their respective subject Model Numbers and the tariff classification at liquidation vs. the correct tariff classification are shown below. The subject merchandise identified in this Count 1 is eligible for the exclusion from the additional tariffs levied under item number 9903.88.04 by virtue of eligibility for tariff number 9903.88.46 (135).

**Exclusion Category 1, Family 2     METAL COLORFUL BAR STOOLS**

Entry FT920003330, Protest 170320109163

**Model #  ET-BT3503-30-DB-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.79.0050 and 9903.88.46 (135)

**AND**

Entry 93U00737214, Protest 170320108058

**Model # CH-31320-30-OR-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.79.0050 and 9903.88.46 (135)

**Exclusion Category 1, Family 3     METAL COLORFUL RESTAURANT CHAIRS**

Entry FT920003330, Protest 170320109163

**Model # ET-3534-COP-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.79.0050 and 9903.88.46 (135)

**Exclusion Category 1, Family 4     METAL COLORFUL RESTAURANT COUNTER STOOLS**

Entry FT920003330, Protest 170320109163
**Model # ET-BT-3503-24-KB-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.79.0050 and 9903.88.46 (135)

**Exclusion Category, 1 Family 8      PLASTIC STACK CHAIRS**

Entry 93U00722984, Protest 170320107247

### Model # RUT-F01A-BK-GG



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.79.0050 and 9903.88.46 (135)

<u>And</u>

Entry 93U00777335, Protest 170320109100

### Model # RUT-F01A-GN-GG



**Model # RUT-F01A-WH-GG**



**Model # RUT-E01-BK-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.79.0050 and 9903.88.46 (135)

**Exclusion Category 1, Family 9       STACKABLE STOOLS**

Entry   93U00722984, Protest 170320107247

**Model # YK01B-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.79.0050 and 9903.88.46 (135)


## COUNT 2

### EXCLUSION CATEGORY 4

22. Paragraphs 1-21 of this Complaint are incorporated by reference and restated as though they are fully set forth herein.

23. The various subject seats eligible for Exclusion Category 4 included within the following "Families" with their respective subject Model Numbers and the tariff classification at liquidation vs. the correct tariff classification are shown below. The subject merchandise identified in this Count 2 is eligible for exclusion from the additional tariffs levied under item numbers 9903.88.03 or 9903.88.04 by virtue of eligibility for tariff number 9903.88.46 (133). In this connection, please note that Plaintiff is abandoning and not pursuing any claim arising under Protest No. 170320109232, effectively removing this protest and its underlying entry from further consideration in this case.


**Exclusion Category 4, Family 1        CHURCH CHAIRS**

Entry 93U00701228, Protest 170320106967

**Model # XY-CH-60096-BY-SILV-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**AND**

**Model # XU-CH0221-GY-SV-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**AND**

Entry FT920001854, Protest 170320109122

**Model # XU-CH0221-GY-SV-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**Exclusion Category 4, Family 2       BANQUET STACK CHAIRS**
Entry 93U00711490, Protest 170320107106

**Model # FD-BHF-2GG**



**Model # FD-BHF-2-BN-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**AND**

Entry FT920010533, Protest 170320109232

**Model # FD-BHF-1-GG**



**Model # FD-BHF-2-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)


**Exclusion Category 4, Family 3      BIG & TALL FABRIC SIDE STACK CHAIRS**

Entry FT920003330, Protest 170320109163

**Model #  XU-60555-BK-GG**



Liquidated HTS 9401.71.0031 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)


**Exclusion Category 4, Family 5      MF FABRIC SIDE CHAIRS**

Entry 93U00768557, Protest 170320108024

**Model # BT-508-GY-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**AND**

**Model # BT-508-NVY-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**Exclusion Category 4, Family 6     FABRIC SIDE STACK CHAIRS**

Entry 93U00735325, Protest 170320108274

**Model # BT-516-1-GY-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**AND**

**Model # BT-516-1-BK-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**AND**

**Model # BT-515-1-GY-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**Exclusion Category 4, Family 7        METAL AND LARGE METAL FOLDING CHAIRS**

Entry 93U00711490, Protest 170320107109

**Model #HA-MC309AV-BGE-GG**



**Model # HA-MC309AF-BGE-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)


**Exclusion Category 4, Family 8      MF LEATHER SIDE CHAIRS**

Entry 93U00711581, Protest 170320108250


**Model#  BT-1404-BURG-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**Exclusion Category 4, Family 11      METAL PATIO CHAIRS (UPHOLSTERED)**

Entry 93U00777269, Protest 170320109088

**Model # JJ-303C-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)


**Exclusion Category 4, Family 14      MF MICROFIBER SIDE CHAIRS**

Entry 93U00738139, Protest 170320108278

**Model # GO-1156-BN-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**AND**

Entry 93U00735325, Protest 170320108274

**Model # GO-1156-NVY-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.71.0031 and 9903.88.46 (133)


**Exclusion Category 4, Family 17     PLASTIC STACK CHAIRS**

Entry 93U00777335, Protest 170320109100

**Model # RUT-E01-01-PAD-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**Exclusion Category 4, Family18        MF RECEPTION GROUPING CHAIR**

Entry DE670051437, Protest 170320107862

**Model #        ZB-LACEY-831-2-CHAIR-COG-GG**



**Model # ZB-REGAL-810-1-CHAIR-BK-GG**



Liquidated HTS 9401.71.0011 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**Exclusion Category 4, Family 19     RESTAURANT SEATING**

Entry FT920001854, Protest 170320109122

**Model # XU-DG-60618-MAH-GG**



Liquidated HTS 9401.80.2031 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)

**Exclusion Category 4, Family 23     VINYL SIDE STACK CHAIRS**

Entry 93U00735325, Protest 170320108274

**Model # BT-516-1-VINYL-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.71.0031 and 9903.88.46 (133)


**Exclusion Category 4, Family 25      MEDICAL RECEPTION CHAIRS**

Entry FT920003330, Protest 170320109163


Model #s

**XU-DG-60443-670-2-GY-GG**



**XU-DG-60442-660-1-BV-GG**



**XU-DG-60443-670-1-BK-VY-GG**



Liquidated HTS 9401.79.0050 and 9903.88.04

Correct HTS 9401.71.0031 and 9903.88.46 (133)


## COUNT 3
## EXCLUSION CATEGORY 7

24. Paragraphs 1-23 of this Complaint are incorporated by reference and restated as though they are fully set forth herein.

25. The various subject seats eligible for Exclusion Category 7 included within the following "Families" with their respective subject Model Numbers and the tariff classification at liquidation vs. the correct tariff classification are shown below. The subject merchandise identified in this Count 3 is eligible for exclusion from the additional tariffs levied under item numbers 9903.88.03 or 9903.88.04 by virtue of eligibility for tariff number 9903.88.46 (130).

**Exclusion Category 7, Family 2      WF FABRIC SIDE CHAIRS**

Entry 93U00738709, Protest 170320108427

**Model # QY-A01-BK-GG**



Liquidated HTS 9401.61.4011 and 9903.88.04

Correct HTS 9401.61.4031 and 9903.88.46 (130)

**Exclusion Category 7, Family 5      WF LEATHER SIDE CHAIRS**

Entry    93U00748914, Protest 200620104288

**Model # B-Z100-LF19-LEA-GG**



**Model # B-Z100-LF-0005-BK-LEA-GG**



**Model# B-Z105-LF-LEA-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.61.4031 and 9903.88.46 (130)

**Exclusion Category7, Family 6      WF LOUNGE RECEPTION CHAIRS**

Entry 93U00730128, Protest 190120100540

**Model # QY-B16-HY-9030-4-BK-GG**



Liquidated HTS 9401.61.6011 and 9903.88.03

Correct HTS 9401.61.4031 and 9903.88.46 (130)

**AND**

Entry 93U00735325, Protest 170320108274

**Model # GO-S-11-BN-Barrel-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.61.4031 and 9903.88.46 (130)


**Exclusion Category 7, Family 7      WF MICROFIBER SIDE CHAIR**

Entry 93U00748914, Protest 220620104288

**Model # B-Z105-BRN-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.61.4031 and 9903.88.46 (130)


**Exclusion Category 7, Family 8      WF RECEPTION GROUPING CHAIR**

Entry DE670059224, Protest 270420136902
**Model # BT-827-1-BK-GG**



Liquidated HTS 9401.61.4011 and 9903.88.04

Correct HTS 9401.61.4031 and 9903.88.46 (130)


**Exclusion Category 7, Family 10, VINYL SIDE CHAIRS**

Entry 93U00748914, Protest 200620104288

**Model # B-Z105-BLK-GG**




**Model # B-Z100-NAVY-GG**



Liquidated HTS 9401.30.8030 and 9903.88.03

Correct HTS 9401.61.4031 and 9903.88.46 (130)

**Exclusion Category 7, Family 11      WOOD FOLDING CHAIRS**

Entry 93U00724758, Protest 200620104286

**Model # XF-2901-WH-WOOD-GG**



Liquidated HTS 9401.69.6031 and 9903.88.04

Correct HTS 9401.61.4031 and 9903.88.46 (130

**Exclusion Category 7, Family 12b    WOOD SIDE CHAIRS**

Entry 93U00707456, Protest 170320107722

**Model # SD-2052A-WAL-GG**



Liquidated HTS 9401.61.4011 and 9903.88.04

Correct HTS 9401.61.4031 and 9903.88.46 (130)

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Belnick respectfully prays for this Honorable Court to enter judgment in

its favor, and to enter an order directing United States Customs and Border Protection at the

aforesaid ports and Center of Excellence to reliquidate the entries subject to this action under the

Primary and Secondary Tariff Numbers shown above with an exclusion from the various Section

301 Tariffs levied under 9903.88.0 and 9903.88.04; refunding any such Section 301 Tariffs paid on

the merchandise at bar; and awarding Plaintiff such further and additional relief as this Court may

deem just and proper.

Respectfully submitted,

By: Mark K. Neville, Jr., Esq.
International Trade Counsellors
Counsel for Plaintiff Belnick, LLC
2153 Clementine Street
Naples, FL 34120
(239) 384-9790

## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rules 4(b) and (h), I hereby certify that on October 17, 2023, a copy of Plaintiff's Complaint was served on the following party by electronic means (e-mail):

Guy R. Eddon, Esq.
Commercial Litigation Branch
International Trade Field Office
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Mark K. Neville, Jr.
International Trade Counsellors
Tel. 239 384 9790
mkneville@itctradelaw.com