UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. MARK A. BARNETT, CHIEF JUDGE
_____
BELNICK, LLC,                          :
                        Plaintiff,     :       Consol. 23-00072
                                       :
             v.                        :
                                       :
UNITED STATES,                         :
                        Defendant.     :
_____ :

## **<u>JOINT STATUS REPORT</u>**

Defendant, United States, and Plaintiff, Belnick, LLC, submit this joint status report

pursuant to this Court's February 7, 2024 Order (ECF No. 25) granting the parties' Joint Motion

to Extend the Time Within Which Defendant Will Respond to Plaintiff's Amended Complaint.

(ECF No. 24).

The parties have been working diligently and collaboratively to ensure that Plaintiff's

Amended Complaint presents Plaintiff's allegations in a streamlined manner in order to promote

the efficiency of this litigation.  Plaintiff intends to file its Amended Complaint by March 22,

2024.  Following the filing of the Amended Complaint, pursuant to the Court's prior Order (ECF

No. 25), Defendant will file its Answer thirty (30) days thereafter.


                        Respectfully submitted,



/s/ Mark K. Neville                        BRIAN M. BOYNTON
MARK K. NEVILLE, JR.                       Principal Deputy Assistant Attorney General
International Trade Counsellors
2153 Clementine Street
Naples, Fl 34120                           PATRICIA M. McCARTHY
(239) 384-9790                             Director
Attorney for Plaintiff

BY:   /s/ Aimee Lee
       AIMEE LEE
       Assistant Director
       International Trade Field Office

       /s/ Nico Gurian
       NICO GURIAN
       Trial Attorney
       Department of Justice, Civil Division
       Commercial Litigation Branch
       26 Federal Plaza, Room 346
       New York, New York 10278
       Attorneys for Defendant
Dated: March 15, 2024  (212) 264-0583 or 9230